Carleton WRIGHT v. STATE of Arkansas

696 S.W.2d 306

Supreme Court of Arkansas
Opinion delivered September 9, 1985

*Carleton C. Wright* and *Kenneth G. Fuchs*, for appellant.

No response.

PER CURIAM. Appellant, Carleton C. Wright, by his attorney, has filed for a rule on the clerk.

His attorney, Kenneth C. Fuchs, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.